UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 24, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-0013 CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| NATHANIEL WILLIAM HELTON | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NATHANIEL WILLIAM HELTON Case No. 2:25-mj-0013 CKD  Charges 21 USC § 841(a)(1) from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

  x     Unsecured Appearance Bond $   100,000 & secured bond $250,000.

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  x     (Other): Co-signed by Cesar Rincon.

Issued at Sacramento, California on January 24, 2025 at 1:30 PM

By:   /s/ Carolyn K. Delaney
      Chief Magistrate Judge Carolyn K. Delaney