HEATHER E. WILLIAMS, SBN# 122664
Federal Defender
MEGAN HOPKINS # 294141
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NATHANIEL HELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL HELTON,<br><br>Defendant. | Case No. 2:25-mj-00013-CKD<br><br>**ORDER FOR RELEASE** |

Defendant NATHANIEL HELTON is to be **released from Sacramento County Jail** *on January 24, 2025, forthwith.*

Mr. Helton is ordered to report to pretrial services on the next business day, Monday January 27, 2025 before 4:00 pm.

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE