MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-00013-CKD |
| Plaintiff, | STIPULATION VACATING DETENTION AND PRELIMINARY HEARINGS; FINDINGS AND ORDER |
| v. | |
| NATHANIEL HELTON, | DATE: January 29, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Nathaniel Helton, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a detention and preliminary hearing on January 29, 2025.

2. By this stipulation, the parties now move to vacate the hearings.

3. Defendant has been indicted by another district and will appear there on any further matters.

IT IS SO STIPULATED.

STIPULATION RE VACATING DETENTION AND
PRELIMINARY HEARINGS

1

Dated: January 24, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *NICOLE VANEK*
NICOLE VANEK
Assistant United States Attorney

Dated: January 24, 2025

/s/ *MEGAN HOPKINS*
MEGAN HOPKINS
Counsel for Defendant
NATHANIEL HELTON

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: January 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE VACATING DETENTION AND PRELIMINARY HEARINGS

2